# EXHIBIT B

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Arlo Garcia Uriarte, SBN 231764; Un Kei Wu, SBN 270058 <br> Liberation Law Group, P.C. <br> 2760 Mission Street <br> San Francisco, CA 94110 <br> TELEPHONE NO.: (415)695-1000   FAX NO.: (415)695-1006 <br> ATTORNEY FOR *(Name):* Plaintiffs Elias Yamido, et al. | FOR COURT USE ONLY <br><br> **FILED** <br> **SAN MATEO COUNTY** <br><br> DEC 14 2018 <br><br> Clerk of the Superior Court <br> By _____ <br> DEPUTY CLERK |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN MATEO <br> STREET ADDRESS: 400 County Center <br> MAILING ADDRESS: 400 County Center <br> CITY AND ZIP CODE: San Mateo 94063 <br> BRANCH NAME: | |
| CASE NAME: <br> Elias Yamido, et al. v. Flying Food Group, LLC | |
| **CIVIL CASE COVER SHEET**  ☑ Unlimited  ☐ Limited <br> (Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | **Complex Case Designation** <br> ☐ Counter  ☐ Joinder <br> Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER: <br> **18CIV06696** <br> JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☑ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☑ Large number of separately represented parties  d. ☑ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☑ Substantial amount of documentary evidence  f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 10
5. This case ☑ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 14, 2018
Arlo Garcia Uriarte
_____   ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> www.courtinfo.ca.gov |

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Arlo Garcia Uriarte, SBN 231764<br>Liberation Law Group, P.C.<br>2760 Mission Street, San Francisco, CA 94110<br>TELEPHONE NO.: (415) 695-1000   FAX NO. *(Optional)*: (415) 695-1006<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs Elias Yamido, Mark Sibayan and Thelma Yamido | FOR COURT USE ONLY<br><br>FILED<br>SAN MATEO COUNTY<br>JAN 08 2019<br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Redwood City, CA 94063<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Elias Yamido, Mark Sibayan and Thelma Yamido, et al.<br>DEFENDANT/RESPONDENT: Flying Food Group, LLC and Does 1-10, inclusive | CASE NUMBER: 18CIV06696 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Notice of Case Management Conference; Plaintiffs' Statement Re: Complex Case Designation; Notice of Complex Case Status Conference

   18 – CIV – 06696
   PCSBC
   Proof of Service on CORPORATION, LLC, etc.
   1582741

3. a. Party served *(specify name of party as shown on documents served)*:
   Flying Food Group, LLC

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Gabriela Sanchez, authorized agent at CT Corporation System

4. Address where the party was served: 818 W 7th Street, Suite 930, Los Angeles, CA 90017

5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 12/20/2018   (2) at *(time)*: 11:10 AM
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | American LegalNet, Inc.<br>www.FormsWorkflow.com | Code of Civil Procedure, § 417.10 |



RECEIVED
SAN MATEO
JAN 08 2019
Clerk of the Superior Court
By _____ DEPUTY CLERK

| PLAINTIFF/PETITIONER: Elias Yamido, Mark Sibayan and Thelma Yamido, et al. | CASE NUMBER: 18CIV06696 |
|---|---|
| DEFENDANT/RESPONDENT: Flying Food Group, LLC and Does 1-10, inclusive | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:   (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. ☐ as an individual defendant.
 b. ☐ as the person sued under the fictitious name of *(specify)*:
 c. ☐ as occupant.
 d. ☑ On behalf of *(specify)*: Flying Food Group, LLC
  under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
          ☑ other: Limited Liability Company

7. **Person who served papers**
 a. Name: Cesar Moreno
 b. Address: Western Attorney Services, 75 Columbia Square, San Francisco, CA 94103
 c. Telephone number: 415-487-4140
 d. **The fee** for service was: $
 e. I am:
  (1) ☐ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
  (3) ☑ a registered California process server:
   (i) ☐ owner ☐ employee ☑ independent contractor.
   (ii) Registration No.: 2015184278
   (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 12/20/2018

Cesar Moreno
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶ *(signature)*