John A. Conkle (SB# 117849)
j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
a.washton@conklelaw.com
Desiree J. Ho (SB# 313250)
d.ho@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant Flying Food
Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS YAMIDO, MARK SIBAYAN and THELMA YAMIDO, on behalf of themselves, others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FLYING FOOD GROUP, LLC and DOES 1-10, inclusive,<br><br>Defendant. | CASE No. 3:19-cv-344<br><br>**DECLARATION OF LAURA BLAND IN SUPPORT OF DEFENDANT FLYING FOOD GROUP, LLC'S NOTICE OF REMOVAL**<br><br>Action Filed:   December 14, 2018<br>Trial Date:       None |

# DECLARATION OF LAURA BLAND

I, Laura Bland, hereby declare as follows:

1. I am currently employed by Flying Food Group, LLC in the position of Corporate Recruiting Manager. Before I became the Corporate Recruiting Manager, I held the position of Human Resources Manager for Flying Food Group, LLC. I have been employed by Flying Food Group, LLC since January 3, 2014. I make this declaration of facts known to me based upon my position and employment at Flying Food Group, LLC. If called upon, I could and would testify competently to the facts stated herein.

2. I am informed and believe that Flying Food Fare, Inc. wholly owns, and is the sole member of, Flying Food Group, LLC. I am informed and believe that Flying Food Fare, Inc. is a corporation headquartered and incorporated in the State of Illinois.

3. I am informed and believe that Flying Food Group, LLC is a limited liability company organized in the State of Delaware and headquartered in the State of Illinois.

4. I am informed and believe that Flying Food Group, LLC provides payroll services for the facility located at 810 Malcolm Road in Burlingame ("SFO Facility.")

5. I am informed and believe that the average hourly rates for the SFO Facility were as follows: $14.48 in 2015, $15.97 in 2016, $17.28 in 2017, and $18.59 in 2018. I am informed and believe that the average hourly rate paid to hourly nonexempt employees between 2015 and 2018 was approximately $16.58. I am informed and believe that approximately 155 employees were terminated in

2016, 130 employees were terminated in 2017, and 159 employees were terminated in 2018.

6. I am informed and believe that in 2018, there were, on average, approximately 430 employees working at the SFO Facility at any given time. I am informed and believe that, as of January 17, 2019, there are approximately 427 employees currently employed at the SFO Facility.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on January 18, 2019.

*Laura Bland*
Laura Bland