1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ELIAS YAMIDO, MARK SIBAYAN        CASE No. 3:19-cv-00344-RS
    and THELMA YAMIDO, on behalf of
12  themselves, others similarly       **ORDER TO CONTINUE CLASS**
    situated and the general public,   **CERTIFICATION HEARING**
                                       **AND RELATED DATES**
13
                Plaintiff,            Honorable Richard Seeborg
14
        v.
15                                     Action Filed:    December 14, 2018
    FLYING FOOD GROUP, LLC and         Trial Date:      None
16  DOES 1-10, inclusive,

17              Defendant.

18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the Class Certification hearing in this action, currently set for March 19, 2020, be and hereby is continued to June 18, 2020. IT IS FURTHER ORDERED that all related dates are continued ninety (90) days.

**IT IS SO ORDERED.**

Dated: October 25, 2019 

_____
Hon. Richard Seeborg