John A. Conkle (SB# 117849)
 j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
 a.washton@conklelaw.com
Keith Rossman (SB# 318189)
 k.rossman@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant Flying Food Group, LLC

Arlo Garcia Uriarte, SBN 231764
Un Kei Wu, SBN 270058
Ernesto Sanchez, SBN 278006
Daniel P. Iannitelli, SBN 203388
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

Attorneys for Plaintiffs, Elias Yamido
Mark Sibayan, Thelma Yamido

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS YAMIDO, MARK SIBAYAN and THELMA YAMIDO, on behalf of themselves, others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FLYING FOOD GROUP, LLC and DOES 1-10, inclusive,<br><br>Defendant. | CASE No. 3:19-cv-00344-RS<br><br>**AMENDMENT TO STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE OF CLAIMS RE: PAYMENT SCHEDULE**<br><br>Honorable Richard Seeborg<br><br>Action Filed:   December 14, 2018<br>Trial Date:      None |

This Amendment to the Stipulation and Agreement of Class Action Settlement and Release (the "Settlement Agreement") is entered in the above-captioned action (the "Action") between and among the Plaintiffs Elias Yamido, Mark Sibayan, and Thelma Yamido ("Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in the Settlement Agreement), and Defendant Flying Food Group, LLC ("Defendant") (collectively, the "Parties"). The Parties hereby stipulate and agree as follows:

## **RECITALS**

1. WHEREAS, the Parties entered into the Settlement Agreement in good faith in June 2020.

2. WHEREAS, the Court granted Plaintiffs' motion for Preliminary Approval of Class Action Settlement on July 16, 2020 [dkt. 39].

3. WHEREAS, Plaintiffs submitted their motion for Attorney's Fees, Costs, and Plaintiffs' Enhancement [dkt. 40] on September 15, 2020, within the deadline ordered by the Court.

4. WHEREAS, Plaintiffs submitted their motion for Final Approval of Class Action Settlement [dkt. 42] on October 29, 2020, within the deadline ordered by the Court.

5. WHEREAS, Defendant notified Plaintiffs in November 2020 of their inability to fund the gross settlement amount as initially agreed upon in the Settlement Agreement due to financial constraints brought about by the Covid-19 pandemic.

6. WHEREAS, Defendant filed with the Court a declaration outlining the reasons behind its inability to fund the gross settlement amount as initially agreed upon in the Settlement Agreement [dkt. 45] on November 16, 2020.

7. WHEREAS, as requested by the Parties through a stipulation and proposed order, the Court continued the Final Fairness Hearing originally scheduled for November 19, 2020, to January 14, 2020, to give the Parties an opportunity to agree to a new payment schedule.

8. NOW THEREFORE, the Parties stipulate and agree (pending Court approval) that Defendant shall fund the settlement amount as follows:

**AMENDMENT TO SETTLEMENT**

1. The Parties maintain their intentions to perform their obligations under the Settlement Agreement. The only change envisioned here pertains to the manner in which Defendant shall fund the gross settlement amount.

2. Defendant shall pay the gross settlement amount of Six Hundred and Seventy-Five Thousand Dollars ($675,000), in full and complete resolution of this Action, in three, equal installment payments: (a) Two Hundred and Twenty-Five Thousand Dollars ($225,000) to be paid no later than April 15, 2021; (b) Two Hundred and Twenty-Five Thousand Dollars ($225,000) to be paid no later than August 15, 2021, and; (c) Two Hundred and Twenty-Five Thousand Dollars ($225,000) to be paid no later than November 15, 2021.

3. The amounts described directly above shall be paid to and held in escrow by the Settlement Administrator, Simpluris, Inc.

4. Pending Court approval, the Settlement Administrator shall distribute all agreed upon deductions from the gross settlement to Plaintiffs and Class Counsel and the Net Settlement Amount to Class Members as stated in section 9.6 of the Settlement Agreement.

**IT IS SO STIPULATED.**

IN WITNESS WHEREOF, the Parties hereto have caused this Stipulation to be executed, by their duly authorized attorneys as of June 8, 2020.

Dated: January 7, 2021

John A. Conkle
Amanda R. Washton
Keith Rossman, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: /s/ Amanda Washton
Amanda R. Washton
Attorneys for Defendant Flying Food Group, LLC

Dated: January 7, 2021

Arlo Garcia Uriarte
LIBERATION LAW GROUP, P.C.

By: /s/ Arlo Garcia Uriarte
Arlo Garcia Uriarte
Attorneys for Plaintiffs Elias Yamido, Mark Sibayan, and Thelma Yamido

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.