John A. Conkle (SB# 117849)
 j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
 a.washton@conklelaw.com
Keith Rossman (SB# 318189)
 k.rossman@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

**Attorneys for Defendant Flying Food Group, LLC**

Arlo Garcia Uriarte, SBN 231764
Un Kei Wu, SBN 270058
Ernesto Sanchez, SBN 278006
Daniel P. Iannitelli, SBN 203388
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

**Attorneys for Plaintiffs, Elias Yamido Mark Sibayan, Thelma Yamido**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS YAMIDO, MARK SIBAYAN and THELMA YAMIDO, on behalf of themselves, others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FLYING FOOD GROUP, LLC and DOES 1-10, inclusive,<br><br>Defendant. | CASE No. 3:19-cv-00344-RS<br><br>**FINAL APPROVAL ORDER AND JUDGMENT**<br><br>Honorable Richard Seeborg<br><br>Action Filed:  December 14, 2018<br>Trial Date:     None |

On January 14, 2021, this Court heard the unopposed motion for final approval of class action settlement between Plaintiffs Elias Yamido, Mark Sibayan, and Thelma Yamido (hereinafter "Plaintiffs") and Defendant Flying Food Group, LLC (hereinafter "Defendant"); the Court also heard the motion for attorney's fees, costs, and Plaintiffs' enhancement related to this class action settlement.

The Court, having reviewed the motions and their supporting papers (including the Stipulation and Agreement of Class Action Settlement and Release (hereinafter "Agreement," "Settlement," or "Settlement Agreement") and the Amendment to the Agreement re: Payment Schedule), hearing counsels' arguments, and recognizing that there are no objections to the Settlement, finds good cause to GRANT Plaintiffs' motions for final approval and for attorney's fees, costs, and Plaintiffs' enhancement.

**FINDINGS:**

1. Unless otherwise specified, defined terms in this Final Order and Judgment shall have the same definition as used in the Agreement.

2. The Court finds the Settlement was entered into in good faith, that it is fair, reasonable, and adequate, and that it satisfies the standards and applicable requirements for final approval of this class action settlement.

3. Plaintiffs and Defendant have performed their obligations under the Agreement thus far.

4. Notice was provided to "Settlement Class Members" (defined below) in compliance with California substantive law and Federal procedural rules. The notice: (i) fully and accurately informed Class Members about the lawsuit and Settlement; (ii) provided sufficient information so that Class Members were able to decide whether to accept the benefits offered, opt out and pursue their own remedies, or object to the proposed Settlement; (iii) provided procedures for Class Members to file written objections to the proposed Settlement, to appear at the

hearing, and to state objections to the proposed Settlement; and (iv) provided the time, date, and place of the final fairness hearing.

5. The Gross Settlement Amount ($675,000.00) to be paid by Defendant and the means of distributing the Net Settlement Amount to Settlement Class Members is fair and reasonable in light of the nature of this case.

6. An award of $202,500.00 in attorney's fees (30% of the Gross Settlement Amount) and $13,055.29 in accrued litigation costs ($215,555.29 total) to Class Counsel is fair and reasonable in light of the nature of this case, Class Counsel's experience, Plaintiffs and Class Counsel's efforts in prosecuting this Action, and the benefits obtained for the Class.

7. Incentive awards to Plaintiffs in the amount of $5,000 each, for a total amount of $15,000, is fair and reasonable in light of: (a) Plaintiffs' risks (including financial and professional) in commencing this action as the class representatives; (b) the time and effort spent by Plaintiffs in litigating this action as the class representatives; and (c) Plaintiffs' public service as class representatives.

8. Payment of $6,250.00 to Simpluris, Inc. for its services as the Class Administrator is fair and reasonable.

**IT IS ORDERED THAT:**

1. **Class Members**. The Settlement Class Members are defined as: "All persons who, at any time between January 1, 2017, through the date of Preliminary Approval, ("Class Period") worked for Defendant as an hourly/non-exempt worker at Defendant's Burlingame Facility, located at 810 Malcolm Road in Burlingame, California 94104." There are no exclusion requests.

2. **Binding Effect of Order**. This order applies to all claims or causes of action settled under the Agreement and binds all Settlement Class Members.

3. **Release**. Settlement Class Members hereby release "any and all claims against Defendant, and any former and present parent, subsidiary, affiliate, and all their officers, directors, employees, partners, shareholders and agents, and any

other successors, assigns, or legal representatives from any and all claims, rights, demands, liabilities and causes of action under California law giving rise to potential liability for acts or omissions during the Release Period which, whether known or unknown, that were asserted in the Action or could have been asserted in the Action based on the facts alleged in the Complaint or the PAGA Notice and those that are Released Claims shall not include the claims and causes of action pled in Rodas v. Flying Food Group, LLC, et al., Super. Ct. Case No. STCV-06795, with the exception of any wage statement, waiting time, and any PAGA penalties related to the claims in the Action" [*See,* Section 5.1 of the Agreement].

**4. Class Relief**. The Class Administrator, on Defendant's behalf, shall distribute the Net Settlement Amount to the Settlement Class. The distribution shall be in accordance with the instructions and timeline set forth in the Amendment to the Stipulation and Agreement of Class Action Settlement and Release [Dkt. 49]. Specifically, Defendant shall pay the gross settlement amount of Six Hundred and Seventy-Five Thousand Dollars ($675,000), in full and complete resolution of this Action, in three, equal installment payments: (a) Two Hundred and Twenty-Five Thousand Dollars ($225,000) to be paid no later than April 15, 2021; (b) Two Hundred and Twenty-Five Thousand Dollars ($225,000) to be paid no later than August 15, 2021, and; (c) Two Hundred and Twenty-Five Thousand Dollars ($225,000) to be paid no later than November 15, 2021. The total amount that will be payable to all Settlement Class Members, if all Settlement Class Members are paid the amount to which they are entitled pursuant to this Final Approval Order and Judgment is the Net Settlement Amount, is $415,694.71.

**5. Attorney's Fees and Costs**. Class Counsel is awarded $215,555.29 total in fees and costs and expenses. The Class Administrator, on Defendant's behalf, must pay Class Counsel this amount according to the timeline set forth in Section 9.6 of the Agreement.

**6. Incentive Award**. Plaintiffs are each awarded $5,000 for a total of $15,000 as incentive awards. The Class Administrator, on Defendant's behalf, must pay Plaintiffs these amounts according to the timeline set forth in Section 9.6 of the Agreement.

**7. Payment of Class Administration Costs**. Payment of $6,250 shall be made to Simpluris, Inc., on Defendant's behalf, for its services as the Class Administrator.

**8. Judgment.** The Court finds that there is no reason for delay and directs the Clerk to enter judgment in accordance with the terms of this Order as of the date of this Order.

**9. Court's Jurisdiction.** The Court shall retain jurisdiction over this action and the parties until final performance of the Agreement.

**10. Compliance.** By December 10, 2021, the Parties shall submit a report to the Court specifying the total amount paid to Settlement Class Members and the amount of uncashed checks that will be paid to the approved *cy pres* beneficiary Instituto Laboral de La Raza, if any.

**IT IS SO ORDERED.**

DATED: January 14, 2021

Hon. Richard Seeborg